**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| **Raymond A. Merritt** | : |
| | : |
| Debtor | : Bankruptcy No. 21-12717 MDC |

**ORDER**

**AND NOW**, this  18th  day of  October 2021, upon consideration of the Motion to Extend the Time to File Schedules and Financial Statements it is hereby **ORDERED** that said Motion is granted and an additional extension of time is given until **November 16, 2021**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge