United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 21-12717-mdc
Raymond A. Merritt   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raymond A. Merritt, 1107 E. Price Street, Philadelphia, PA 19138-1808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 23:42:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Raymond A. Merritt msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as trustee  on behalf of the holders of the MASTR Alternative Loan Trust 2006-2 Mortgage Pass-Through Certificates, Series 2006-2 bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 18, 2021 | Form ID: pdf900 | Total Noticed: 2 |

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 13
                                                :
    Raymond A. Merritt              :
                                                :
    Debtor                                 : Bankruptcy No. 21-12717 MDC

## ORDER

**AND NOW**, this 18th day of October 2021, upon consideration of the Motion to Extend the Time to File Schedules and Financial Statements it is hereby **ORDERED** that said Motion is granted and an additional extension of time is given until **November 16, 2021**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge