United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12717-mdc
Raymond A. Merritt Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Nov 18, 2021 Form ID: pdf900 Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond A. Merritt, 1107 E. Price Street, Philadelphia, PA 19138-1808 |
| 14640785 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14644171 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14640789 | + | Lendmark Financial Service, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043-8228 |
| 14640792 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14642040 | + | The Bank of New York Mellon, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:32:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14640786 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 23:42:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14642370 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 23:31:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14640787 | + | Email/Text: bankruptcycollections@citadelbanking.com | Nov 18 2021 23:32:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14642790 | | Email/Text: mrdiscen@discover.com | Nov 18 2021 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14640788 | + | Email/Text: mrdiscen@discover.com | Nov 18 2021 23:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14647035 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 18 2021 23:32:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, Ga. 30014 |
| 14641558 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:42:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640790 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2021 23:31:58 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

| | | | | |
|---|---|---|---|---|
| 14640791 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:42:24 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14641851 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:32:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14640793 | + | Email/Text: dbogucki@trumark.org | Nov 18 2021 23:32:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Raymond A. Merritt msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as trustee on behalf of the holders of the MASTR Alternative Loan Trust 2006-2 Mortgage Pass-Through Certificates, Series 2006-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Raymond A. Merritt | : | |
| | : | |
| Debtor | : | Bankruptcy No. 21-12717mdc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated October 4, 2021 and October 18, 2021 and this case be and the same is hereby DISMISSED.

November 18, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Chapter 13 Statement of Your Current Monthly Income and Calculation of
        Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2 - If Applicable